STATE v. WADDELL

No. 399P89

Case below: 95 N.C. App. 225

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

STATE v. WIGFALL

No. 437P89

Case below: 95 N.C. App. 455

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.

TALBOT v. N.C. DEPARTMENT OF TRANSPORTATION

No. 435PA89

Case below: 95 N.C. App. 446

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

WALLACE COMPUTER SERVICES v. WAITE

No. 402P89

Case below: 95 N.C. App. 439

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

WARD v. COUNTY DEPT. OF SOC. SERVICES

No. 428P89

Case below: 95 N.C. App. 456

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.